IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DERECK TAYLOR<br>also known as<br>D,<br><br>    Defendant. | CRIMINAL FILE NO.<br>1:16-CR-145-13-TWT |

## **ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 2120] of the Magistrate Judge recommending denying the Defendant's Second Motion for Bill of Particulars [Doc. 1941], denying the Defendant's Motion to Strike Surplusage [Doc. 1942], and denying the Defendant's Motion to Dismiss [Doc. 1957]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Second Motion for Bill of Particulars [Doc. 1941] is DENIED. The Defendant's Motion to Strike Surplusage [Doc. 1942] is DENIED. The Defendant's Motion to Dismiss [Doc. 1957] is DENIED.

T:\ORDERS\USA\16\16cr145-13\r&r2.docx

SO ORDERED, this 4 day of March, 2019.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

2